O-5190 and
O-5190-A withdrawn
and overruled by
V-161